No. 85–1271.  COVENANT COMMUNITY CHURCH *v.* LOWE, KNOX COUNTY CLERK.  Appeal from Sup. Ct. Tenn. dismissed for want of substantial federal question.

No. 85–1275.  YORK *v.* OFFICE OF DISCIPLINARY COUNSEL OF THE SUPREME COURT OF OHIO.  Appeal from Sup. Ct. Ohio dismissed for want of substantial federal question.

No. 85–1296.  ROSENBAUM *v.* ROSENBAUM.  Appeal from App. Ct. Ill., 1st Dist., dismissed for want of substantial federal question.

No. 85–1311.  GREEN ET AL. *v.* WEST VIRGINIA DEPARTMENT OF HUMAN SERVICES.  Appeal from Cir. Ct. W. Va., Jefferson County, dismissed for want of substantial federal question.

No. 85–6217.  REDERTH *v.* SOUTH DAKOTA.  Appeal from Sup. Ct. S. D. dismissed for want of substantial federal question.

No. 85–23.  MARYLAND *v.* LODOWSKI.  Ct. App. Md.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Moran* v. *Burbine, ante,* p. 412.

No. 85–1074.  FLORIDA *v.* HALIBURTON.  Sup. Ct. Fla.  Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for further consideration in light of *Moran* v. *Burbine, ante,* p. 412.

No. — – ——.  FITZGERALD *v.* CITY OF PHILADELPHIA.  Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. A–599 (85–1455).  PRADO *v.* UNITED STATES.  C. A. 5th Cir.  Application for stay, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. A–668 (85–1468).  WOODS *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA (JONES, REAL PARTY IN INTER-